| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE | COURT |
| | ) SS: | | |
| COUNTY OF LAKE | ) | CAUSE NO. | |

HORACE HANCOCK                                         45C01-2007-CT-000744

    VS.

DOUGLAS KENNEY AND
ABBYLAND TRUCKING, INC.

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Horace Hancock, by counsel, Nathan D. Foushee of the Ken Nunn Law Office, and for his cause of action against the Defendants, Douglas Kenney and Abbyland Trucking, Inc., alleges and states as follows:

## STATEMENT AND JURISDICTION

1.      This is a clear liability collision in which Defendants' 2019 Kenworth tractor and attached trailer, was negligently driven by Douglas Kenney causing a collision with the vehicle driven by Plaintiff, Horace Hancock.  As a result of the collision, Plaintiff has incurred medical expenses, property damage and other special expenses in an amount to be proven at trial of this cause.

2.      Jurisdiction and venue are appropriate in Lake County, Indiana, as said collision occurred within the boundaries of Lake County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF DOUGLAS KENNEY

3.      Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4.      On or about July 17, 2019, Defendant Douglas Kenney negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, Horace Hancock.

5.      Defendant Douglas Kenney had a duty to operate his tractor trailer in a safe and reasonable manner.

6. Defendant Douglas Kenney failed in the above mentioned duties and is therefore negligent.

7. Defendant Douglas Kenney's negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff Horace Hancock's injuries and damages are permanent.

9. Plaintiff, Horace Hancock, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

10. As a direct and proximate result of Douglas Kenney's negligence, Horace Hancock has experienced physical and mental pain and suffering, and property damage and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF DOUGLAS KENNEY

12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Douglas Kenney violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Douglas Kenney's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15. Defendant Douglas Kenney is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF ABBYLAND TRUCKING , INC.

16. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 17 above as if fully restated verbatim.

17. Defendant Douglas Kenney was the employee, agent, servant, or independent contractor for Abbyland Trucking, Inc.  Accordingly, Abbyland Trucking, Inc. is vicariously liable for the acts of Defendant Douglas Kenney for the causes of action above.

WHEREFORE, the Plaintiff, Horace Hancock, by counsel Nathan D. Foushee of the Ken Nunn Law Office, demands judgment against the Defendants, Douglas Kenney and Abbyland Trucking, Inc. for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, property damage and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

*s/ Nathan D. Foushee*
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

*s/ Nathan D. Foushee*
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com

Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff